IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-35 |
| JOSEPH W. NOCITO | |

**GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci, Assistant United States Attorney for said District, and submits as follows

Government counsel has received and reviewed the contents of the Presentence Investigation Report for the above-captioned case. Government counsel has no objections, requests for modifications, or changes to the Presentence Investigation Report.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

*/s/Gregory C. Melucci*
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777